UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-CV-60237-RS

TRISHA REED,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC, TD BANK NATIONAL ASSOCIATION AND BANK OF AMERICA CORPORATION

Defendants.

_______________________________________/

**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC**

Plaintiff Trisha Reed and Defendant Experian Information Solutions Inc submits this Notice of Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 14, 2024

Respectfully Submitted,

/s/ Jennifer G. Simil .

**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195
E-mail: jen@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 14, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

/s/Jennifer G. Simil .
**JENNIFER G. SIMIL, ESQ.**
Florida Bar No.: 1018195



LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com