**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 24-60237-CIV-SMITH**

TRISHA REED,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS INC., *et al*.,

Defendants.

_____________________________/

**ORDER**

This cause came before the Court *sua sponte.* On March 15, 2024, the Court issued an Order [DE 14] requiring Plaintiff to file her Notice of Voluntary Dismissal against Defendant, Experian Information Solutions, Inc., on or before April 15, 2024. Plaintiff failed to do so. On April 26, 2024, the Court issued another Order [DE 21] requiring Plaintiff to file her Notice of Voluntary Dismissal against Defendant, Experian Information Solutions, Inc., on or before April 30, 2024. The Court advised Plaintiff that failure to comply with the Order [DE 21] would result in dismissal of Defendant, Experian Information Solutions, Inc., without prejudice and without further notice. To date, Plaintiff has not filed her Notice of Voluntary Dismissal. Accordingly, it is

**ORDERED** that Plaintiff's claims against Defendant, Experian Information Solutions, Inc., are **DISMISSED without prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 21st day of May, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record