**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:24-cv-60237-RS**

**TRISHA REED,**

**Plaintiff,**

**v.**

**BANK OF AMERICA CORPORATION,**
**TD BANK, NATIONAL ASSOCIATION,**

**Defendants.**

_______________________________________/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT BANK OF AMERICA CORPORATION**

Plaintiff Trisha Reed and Defendant Bank of America Corporation, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal *with* Prejudice of Defendant Bank of America Corporation ("BOA") *only* in the above-styled action. Plaintiff and Defendant BOA shall each bear their own attorneys' fees and costs. This stipulation has been reviewed by all parties that have appeared.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*



LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

DATED: June 12, 2024

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136

*COUNSEL FOR PLAINTIFF*

*/s/ Jackson Story*
Jackson Story, Esq.
Florida Bar No.: 1032001
McGuireWoods LLP
50 North Laura Street
Suite 3300
Jacksonville, FL 32202
904-798-3200
Email: jstory@mcguirewoods.com

*Counsel for Defendant Bank of America Corporation*

*/s/ Barbara Fernandez*
Barbara Fernandez, Esq.
Florida Bar No.: 493767
Hinshaw & Culbertson LLP
2525 Ponce de Leon Boulevard
Suite 400
Miami, FL 33156-2741
305 358-1063
Email: bfernandez@hinshawlaw.com

*Counsel for Defendant TD Bank, National Association*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 12, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677



**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com