**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-60237-CIV-SMITH**

TRISHA REED,

Plaintiff,

v.

BANK OF AMERICA CORPORATION, *et al.*,

Defendants.
_______________________________________________/

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Voluntary Dismissal with Prejudice as to Defendants Bank of America Corporation ("BOA") and TD Bank, National Association ("TD Bank") [DE 29 and DE 30]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendants BOA and TD Bank are **DISMISSED with prejudice**.
2. Each party shall bear their own attorneys' fees and costs.
3. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 8th day of October, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record